1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINTON
AT SEATTLE

KAREN MASON-BLAIR, an individual,

       Plaintiff,

    v.

BIG MACHINE LABEL GROUP, LLC, a
Delaware limited liability company,,

       Defendant.

Case No.:  2:21-cv-00271-RSL

ORDER EXTENDING TIME TO
ANSWER OR OTHERWISE
RESPOND TO COMPLAINT

THIS MATTER came on for hearing before the Court on the parties' Stipulated Motion to Extend Time to Answer or Otherwise Respond to Complaint. Based on the parties' Stipulation and other pleadings filed in this matter, and being fully advised, NOW THEREFORE,

IT IS HEREBY ORDERED that the parties' Stipulated Motion to Extend Time to Answer or Otherwise Respond to Complaint is GRANTED. Big Machine Label Group, LLC. must respond to Plaintiff Mason-Blair's complaint by April 30, 2021.

Dated this 24th day of March, 2021.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO
COMPLAINT - 1