UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINTON
AT SEATTLE

| | |
|---|---|
| KAREN MASON-BLAIR, an individual,<br><br>        Plaintiff,<br>    v.<br><br>BIG MACHINE LABEL GROUP, LLC, a Delaware limited liability company,<br><br>        Defendant. | Case No.:  2:21-cv-00271-RSL<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE |

The Court has reviewed the stipulation of the parties, which it finds sufficient. NOW THEREFORE, Plaintiff's Complaint is hereby DISMISSED WITHOUT PREJUDICE and without costs awarded to any party.

Dated this 9th day of April, 2021.

*/s/ Robert S. Lasnik*

HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT JUDGE